FILED
MAY 25 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Northern District of Illinois** |
|---|---|
| Name (under which you were convicted): **Klint Kelley** | Docket or Case No.: **1:17-CR-00581** |
| Place of Confinement: **FCC Coleman USP-1** | Prisoner No.: **52091-424** |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. | **Klint Kelley** |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   **Northern District of Illinois      219 S. Dearborn St. Chicago, IL. 60604**

   (b) Criminal docket or case number (if you know): **1:17-cr-00581**

2. (a) Date of the judgment of conviction (if you know): **N/A**
   (b) Date of sentencing: **July 18th, 2018**

3. Length of sentence: **60 months, 87 months**

4. Nature of crime (all counts):

   1:22-cv-02780
   Judge Ronald A. Guzman
   Magistrate Judge M. David Weisman
   [1:17-cr-00581-1]
   DIRECT

   **922(a)(1)(a), 922(d)(1)**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____
(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☐
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: _____
   (2) Docket of case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised:

   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐   No ☐
   (7) Result: _____
   (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:   Yes ☐   No ☐
   (2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Plea invalid Per S. Ct. Rehaif

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defendant Kelley lacked knowledge of the buyers status as a convicted felon. Movants plea was not made knowingly and voluntarily. Defendant Did not know any of the firearms in this instance had been stolen. Kelley avers he is actually innocent of the violation of 922(d) The Criminal Complaint and Grounds for arrest are now invalid due to Rehaif. Kelleys Second amendment right has been violated.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

Rehaif was not available at the time

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☑  No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: 3582 Compassionate release
    Name and location of the court where the motion or petition was filed:
    Northern District of Illinois 219 S. Dearborn st. Chicago IL 60604
    Docket or case number (if you know): N/A
    Date of the court's decision: Denied w/o prejudice
    Result (attach a copy of the court's opinion or order, if available):
    N/A
  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐
   (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

    _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:
    _____

    (b) At the arraignment and plea:
    _____

    (c) At the trial:
    _____

    (d) At sentencing:
    _____

    (e) On appeal:
    _____

    (f) In any post-conviction proceeding:
    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Due to the Covid-19 Pandemic, I had no access to legal resources because of the strict measures implemented during that time. I was unaware that Rehaif had been decided and was made retro-active until I regained access to Law library and Legal material in Jan. 2022. The B.O.P. Policy limiting inmates to their cells represents government impedement, To Kelleys ability to complete Due diligence investigating what relief may be available. (memorandum and exhibits are forthcoming in future amendment)

As of May 9th, 2022, The 11th Circuit has made Rehaif Retro-active on Collateral Review.
U.S. v Seabrooks 839 F. 3d 1326 2016 U.S. App Lexis 18763 (2016 11th Circuit)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Dissmiss or Vacate Conviction and or Sentence of count (3) 922(d)
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  May 11th, 2022  .
(month, date, year)

Executed (signed) on  May 11th, 2022  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

FILED

MAY 25 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this motion upon the Clerk of this court via U.S. Mail, properly addressed First-Class postage pre-paid, placing into the internal mailing system as made available to inmates for legal mail at the Coleman Correctional Complex USP-1. The Movant/Defendant further request that a copy of this [his] pleading be forwarded to all interested parties via the CM-ECF system, as he is detained, indigent, and had no other means.

Done this 11th Day of May 2022

Respectfully Submitted

x. _____

"PRO SE"

Coleman Correctional Complex
P.O. Box 1033
Coleman FL, 33521

Klint Kelley 52091-424 D-unit
Federal Correction Complex USP-1
P.O. Box 1033
Coleman, FL. 33521



1:22-cv-02780
Judge Ronald A. Guzman
Magistrate Judge M. David Weisman
[1:17-cr-00581-1]
DIRECT


05/25/2022-15

Office of the Clerk
United States District Court
219 S. Dearborn Street
Chicago, IL. 60604