5-10-22

To the Clerk of Courts,

Enclosed is my 2255 form, I asked the appeals court if I needed permission to file my 2255. They received my request for permission 4-19-22.
Also requesting leave to amend memorandum of Law.

Respectfully, Klint Kelley

Klint Kelley

**FILED**

MAY 25 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-cv-02780
Judge Ronald A. Guzman
Magistrate Judge M. David Weisman
[1:17-cr-00581-1]
DIRECT

4-10-22

Dear Clerk,

In light of the Covid-19 pandemic and the lockdowns here at FCC-Coleman, I missed my 1yr window, Pursuant to 2255(f)(h) do I need permission to file a Second or Successive 2255? If so, would you please send me the proper forms?

Thank you!

Case # 1:17-cr-00581-1

Klint Kelley Reg# 52091-424
Federal Correction Complex USP-1
Coleman, FL. 33521
P.O. Box 1033

U.S.C.A. – 7th Circuit
RECEIVED
APR 19 2022 SK